UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDA GROSSLIGHT,

    Plaintiff,

v.                                      Case No. 5:06-cv-11033
                                          Hon. John Corbett O'Meara

PHD MICHIGAN,

    Defendant.
_____/

## ORDER GRANTING DEFENDANT'S
## MOTION FOR SUMMARY JUDGMENT

    This matter having come before the Court on Defendant PHD Michigan's motion for summary judgment, Plaintiff Linda Grosslight having responded thereto, this Court having conducted oral arguments on February 8, 2007, and for the reasons stated on the record in open court on February 8, 2007;

    IT IS HEREBY ORDERED that Defendant PHD Michigan's motion for summary judgment is GRANTED and all of Plaintiff's claims and her complaint in its entirety are dismissed with prejudice.

Dated: February 22, 2007                          s/John Corbett O'Meara
                                                             United States District Judge

2

| APPROVED AS TO FORM ONLY: | APPROVED AS TO FORM ONLY: |
|---|---|
| Helveston & Helveston, P.C. | Honigman Miller Schwartz and Cohn LLP |
| Attorneys for Plaintiff | Attorneys for Defendant |

By:   with consent of Scott Kraemer Ellis  
     Scott Kraemer Ellis (P63004)  
65 Cadillac Square, Ste. 3327  
Detroit, MI 48226  
(313) 963-7220  

By:   /s/ Tara E. Mahoney  
     Cameron J. Evans (P47276)  
     Tara E. Mahoney (P68697)  
660 Woodward Avenue, Ste. 2290  
Detroit, MI 48226-3506  
(313) 465-7370  

Dated: February 19, 2007

Dated: February 19, 2007